THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

**FILED**

**MAY - 9 2006**

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

| | |
|---|---|
| LUIS DAVILA and ALONA DAVILA | § |
| | § |
| VS. | § CIVIL ACTION NO.: 2:06-cv-10964-BAF |
| | § MDL#1718 |
| FORD MOTOR COMPANY; | § |
| SOUTHWAY FORD, INC.; and | § |
| TIPTON MOTORS, INC. | § |

## ORDER GRANTING AMENDED MOTION FOR DISMISSAL

On this the ___ day of ___**MAY - 9 2006**___, 2006, came on to be heard

Plaintiffs' Motion for Dismissal with prejudice as to the class action allegations only,

specifically preserving the personal injury claims on file, and the Court, after hearing

the evidence and argument of counsel is of the opinion that said Amended Motion

should be **GRANTED**.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs'

Amended Motion for Dismissal, is **GRANTED**.

All relief not expressly granted is herein denied.

**MAY - 9 2006**

SIGNED AND ENTERED, this the ____ day of _____, 2006.

_____
JUDGE PRESIDING